UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID JONATHAN PIERCE,

          Plaintiff,

    v.

PLACER COUNTY JAIL, et al.,

          Defendants.

No. 2:15-cv-2115 AC P

ORDER

        Plaintiff is a former county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion to proceed in forma pauperis. ECF No. 2. However, it appears that after plaintiff submitted his application, he was released from custody. ECF No. 5. Plaintiff's motion to proceed in forma pauperis will therefore be denied and within thirty days from the filing date of this order, plaintiff must either pay the filing fee in full or submit a non-prisoner application to proceed in forma pauperis, which the Clerk will be directed to provide. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is denied.

        2. Within thirty days of the filing of this order, plaintiff must either pay the filing fee in full or submit a non-prisoner application to proceed in forma pauperis. Failure to comply with

1

1 | this order will result in a recommendation that this action be dismissed without prejudice.

2 |     3.  The Clerk of the Court is directed to serve plaintiff with a blank in forma pauperis
3 | application used by non-prisoners.

4 | DATED: November 19, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2