UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JONATHAN PIERCE, | No. 2:15-cv-2115 AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| PLACER COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff is a former county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 4.

By order filed November 20, 2015, plaintiff was ordered to file a non-prisoner in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in dismissal of this action without prejudice. ECF No. 6. The thirty day period has now expired and plaintiff has not filed a non-prisoner in forma pauperis affidavit, paid the appropriate filing fee, or otherwise responded to the November 20, 2015 order.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff must file a non-prisoner in forma pauperis affidavit or pay the appropriate filing fee within twenty-one days of service of this order. Failure to comply with this order will result in dismissal of this action.

DATED: January 15, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE