UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JONATHAN PIERCE,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:15-cv-2115 AC P<br><br><br><br>ORDER |

Plaintiff is a former county prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). ECF No. 4.

By order filed November 20, 2015, plaintiff was ordered to file a non-prisoner application to proceed in forma pauperis or pay the appropriate filing fees within thirty days. ECF No. 6. He was cautioned that failure to comply with the order would result in dismissal of this action without prejudice. Id. The thirty day period passed without any response from plaintiff and plaintiff was given an additional twenty-one days to submit a non-prisoner application for to proceed in forma pauperis or to pay the filing fee. ECF No. 7. He was again warned that failure to comply would result in dismissal. Id. The twenty-one day period has passed and plaintiff has

////

////

1

once again failed to file a non-prisoner in forma pauperis affidavit, pay the appropriate filing fee, or otherwise respond to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice.

DATED: February 26, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE